IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYDEE BERNADETTE CLAUDIO | : | CIVIL ACTION |
| NORMAN JAY DOMINO | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES | : | NO. 12-5487 |
| SARGENT STEPHEN JOHNSON | : | |

FILED
OCT 15 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 10th day of October, 2012, upon consideration of plaintiffs' motions to proceed in forma pauperis, and their pro se Complaint, for the reasons stated in the Memorandum of October 12, 2012, **IT IS ORDERED** that:

1. Plaintiff Haydee Bernadette Claudio's Motion for Leave to Proceed in forma pauperis (Document No. 1) is **GRANTED**;

2. Plaintiff Norman Jay Domino's Motion for Leave to Proceed in forma pauperis (Document No. 2) is **GRANTED**;

3. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B);

4. Leave to amend the Complaint is **NOT GRANTED**; and,

5. This case shall be marked **CLOSED**.

BY THE COURT:

_____
DuBOIS, JAN E., J.